**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00450-CV**
_____

**DEBRA HARRISON, Appellant**

**V.**

**BEAUMONT DOWNTOWN LOFTS, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 134594**

_____

**MEMORANDUM OPINION**

The trial court signed a final judgment on December 12, 2019. Appellant Debra Harrison filed a notice of appeal but failed to file a brief. On April 23, 2020, we notified the parties that the brief had not been filed and that the appeal would be submitted without briefs unless we received the brief and a motion for extension within ten days. On August 5, 2020, we notified the parties that the appeal would be submitted to the Court on August 26, 2020, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

1

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 26, 2020
Opinion Delivered September 30, 2020

Before Kreger, Horton, and Johnson, JJ.